UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| C. DWAYNE DEATON,<br><br>                    Plaintiff,<br><br>          v.<br><br>CITY OF RICHLAND, a municipal corporation, and GORDON BEACHER, and ROBERT HAMMOND, in their individual and official capacities,<br><br>                    Defendants. | No.  4:14-CV-5025-EFS<br><br>**ORDER DISMISSING CASE** |

On September 23, 2014, the parties filed a stipulated dismissal, ECF No. 15.  Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

    **1.**    The parties' Agreed Stipulation for Dismissal, **ECF No. 15**, is **GRANTED.**

    **2.**    All claims are **DISMISSED WITHOUT PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

    **3.**    All pending motions are **DENIED AS MOOT.**

    **4.**    All hearings and other deadlines are **STRICKEN.**

    **5.**    The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this   23rd   day of September 2014.

                              s/Edward F. Shea
                              EDWARD F. SHEA
                Senior United States District Judge